UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

LANCE TAYLOR,

        Plaintiff,                            Case No. 2:16-CV-41
                                                 HON. R. ALLAN EDGAR

v.

CATHERINE BAUMAN, et al.,
        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated May 31, 2016, which recommended that Plaintiff's motions for a temporary restraining order and preliminary injunction (as found in the complaint) be denied. Plaintiff has not objected to the Report and Recommendation, therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation dated May 31, 2016 (ECF No. 11) is **APPROVED AND ADOPTED** as the Opinion of this Court.

        SO ORDERED.

Date: \_\_\_\_6/23/2016\_\_\_\_\_                                          _/s/ *R. Allan Edgar*_____
                                                                  HON. R. ALLAN EDGAR
                                                                  UNITED STATES DISTRICT JUDGE