UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LANCE TAYLOR,

        Plaintiff,

v.

CATHERINE BAUMAN, et al.,

        Defendants.
_____/

Case No. 2:16-CV-41

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Greeley's January 19, 2017, Report and Recommendation recommending that Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his available grievance remedies be granted as to all claims and Defendants except Plaintiff's Eighth Amendment failure-to-protect claim against Defendant Brennan.  The Report and Recommendation was duly served on the parties as of January 20, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the January 19, 2017, Report and Recommendation (ECF No. 33) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 26) is **GRANTED** as to all claims and Defendants except Plaintiff's failure-to-protect claim against Defendant Brennan.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Bauman, Nayback, Rutter, Contreras, Immel, Harris, and Barrios are **DISMISSED WITHOUT PREJUDICE**.

Dated: February 17, 2017

                                            /s/ Gordon J. Quist
                                            GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE